**PRISONER CASE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

08CV4684
JUDGE NORGLE
MAG. DENLOW

**Plaintiff(s):** L.C. JOHNSON

**Defendant(s):** TERRY McCANN, et al.

**County of Residence:** CHRISTIAN

**County of Residence:**

**Plaintiff's Address:**
L.C. Johnson
N-92369
Hill - HIL
P.O. Box 1700
Galesburg, IL 61401

**Defendant's Attorney:**
Illinois Department of Corrections
100 West Randolph Street, 4-200
Chicago, IL 60601

FILED
AUG 18 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison Conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** [ ] Yes  [✓] No

**Signature:** /s/ L.C.J.

**Date:** 8/18/08