

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) **L C JohNSoN**

v.

Defendant(s) **Terry McCANN**

FILED
Aug 18, 2008 LCW
AUG 1 8 2008
AUG 18 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case Number: **08CV4684**

Judge: **JUDGE NORGLE**
**MAG. DENLOW**

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, **LC JohNSoN**, declare that I am the (check appropriate box)
   ☒ plaintiff ☐ defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: **The Attached copies Are The Counsel I tried to get to repersent Me With No Avail**

3. In further support of my motion, I declare that (check appropriate box):

   ☒ I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   ☐ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   ☒ I have attached an original Application to Proceed In Forma Pauperis in the proceeding detailing my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

Movant's Signature: **LC Johnson**

Street Address: **P.O. Box 1700**

City/State/Zip: **Galesburg, Il 61402**

Date: **8-14-08**

As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the following civil or criminal action(s):

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |

THE
ROGER
BALDWIN
FOUNDATION
OF ACLU,
INC.

Suite 2300
180 North Michigan Avenue
Chicago, Illinois 60601-1287
(312) 201-9740
Fax (312) 259-_____
www.aclu-__



March 7, 2008

L.C. Johnson
#N92369
Hill Correctional Center
P.O. Box 1700
Galesburg, IL 61402

Dear Mr. Johnson:

Thank you for contacting the American Civil Liberties Union of Illinois. We have reviewed your situation carefully and we regret to inform you that we will not be able to accept your case.

The ACLU office is a legal center that involves itself with broad impact, constitutional litigation. These are issues where the government has abused constitutional rights. Unfortunately, we regret that most cases of individual unfairness or injustice cannot be accepted.

We receive more than 20,000 requests annually for legal assistance. Our resources are limited and we can only act upon a small percentage of the requests. The fact that we cannot help you, however, does not mean that your case has no merit. It may be that we are handling a similar case, that the case does not involve a novel issue pertaining to civil liberties, or that we do not have the resources to handle the case.

You should know that there is a limited time in which legal action may be pursued, sometimes referred to as a statute of limitations. You might be wise to ask an attorney for advice about preserving any rights you may have.

Please accept our regrets that we cannot help you with your situation.

Sincerely,

Intake Department

Here is a lawyer that I know of that handles civil suits. A good friend recommended him.

① Attorney at Law
Thomas C. Brandstrader
53 W. Jackson Blvd. Suite 615
Chicago IL 60604

Here are some agency that have helped a celly of mine.

② National Alliance Against Racist Political Repress (NAARPR)
1325 S. Wabash Avenue
Chicago IL. 60605

③ A Cry for Justice
1512 Blaisdel Rockford IL. 61102

④ Human Rights Commission
Central office
100 W. Randolph Street Suite 5-100
Chicago IL. 60601

Look on other side page →

(5) Department of Human Rights
Springfield Office

619-623 Stratton Bldg.
Springfield IL. 62704

(6) Department of Human Services Office
of Legal Services

100 W. Randolph Street Suite 6-400
Chicago IL. 60601