**FILED**

**AUGUST 28, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RECEIVED
AUG 18 2008 LCW
AUG 18 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**CDY**

L.C. Johnson

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

08CV4684
JUDGE NORGLE
MAG. DENLOW

Terry McCann

Venita Wright

Philip Michel

Samuel Nance

Keenan Young

Tammy Garcia

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

**CHECK ONE ONLY:**

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

**I.    Plaintiff(s):**

A.    Name: L C Johnson

B.    List all aliases: Eric Preston

C.    Prisoner identification number: #N92369

D.    Place of present confinement: Hill Correctional Center

E.    Address: P.O. Box 1700 Galesburg Il 61402-1700

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

**II.    Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant: Terry McCann

Title: Warden

Place of Employment: N.R.C. Stateville

B.    Defendant: Venita Wright

Title: Assistant Warden

Place of Employment: NRC Stateville

C.    Defendant: Philip Michel

Title: Lieutenant

Place of Employment: N.R.C. Stateville

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

# II. Defendant(s):

D. Defendant: SAMUEL NANCE

Title: Lieutenant

Place of Employment: NRC Stateville

E. Defendant: KEENAN YOUNG

Title: Lieutenant

Place of Employment: NRC Stateville

F. Defendant: TAMMY GARCIA

Title: Grievance Officer

Place of Employment: NRC Stateville

G. Defendant: DAVID MANFIELD

Title: Counselor

Place of Employment: NRC Stateville

H. Defendant: MARK HOSEY

Title: Superintendant

Place of Employment: NRC Stateville

**III.    Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A.    Is there a grievance procedure available at your institution?

YES (√)  NO ( )  If there is no grievance procedure, skip to F.

B.    Have you filed a grievance concerning the facts in this complaint?

YES (√)  NO ( )

C.    If your answer is **YES**:

1.    What steps did you take?

I filed A emergency grievance, Tammy Garcia Stated it was Not A emergency. And was told by Tammy Garcia, to discuss it with my counselor (EXHibt. E)

2.    What was the result?

I gave the grievance to Counselor David Manfield; I receive A memo from Counselor David Manfield (EXHibt. f)

3.    If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

N.R.C State ville Hearing Board And grievance System is inAdequate. I Ask Counselor David Manfield to help me Appeal he sent

D.    If your answer is **NO**, explain why not:

Me A Orientation MAN-uAl with No instruction. I Sent my Appeal to Spring field (AdministrAtion Review BoArd (EXHibt. G)

3

E.    Is the grievance procedure now completed?   YES ( ✓ )  NO ( )

F.    If there is no grievance procedure in the institution, did you complain to authorities?
YES ( )  NO ( )

G.    If your answer is **YES**:

    1.    What steps did you take?

_____

_____

_____

    2.    What was the result?

_____

_____

_____

H.    If your answer is **NO**, explain why not:

_____

_____

_____

_____

_____

_____

4

**IV.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):**

A.   Name of case and docket number: _____

_____

B.   Approximate date of filing lawsuit: _____

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

_____

_____

_____

D.   List all defendants: _____

_____

_____

_____

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F.   Name of judge to whom case was assigned: _____

_____

G.   Basic claim made: _____

_____

_____

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

_____

_____

I.   Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

**V.**   **Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe precisely how each defendant is involved.  Include also the names of other persons involved, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

① Defendant Lieutenant Philip Michel #2516 deprived Plaintiff L C Johnson of, freedom of religion And equal protection. Which violated Plaintiff free exercise clause And equal protection clause. Under the first and fourteenth Amendment. Plaintiff is A Rastafarian

On May-22-2007 Defendant Lieutenant Philip Michel #2516 came to Plaintiff cell #RW-111 At N.R.C. Stateville Correctional Center at 900 am Defendant Lieutenant Philip Michel #2516 ask Plaintiff L C Johnson have Anybody talk to you About your hair. Plaintiff said yes C.o Defendant Superintendant Mark Hosey on April-30-2007 Plaintiff told Defendant Lieutenant Philip Michel #2516

Plaintiff L C Johnson explained to Defendant Philip Michel #2516, dread locks was A part of his religious tenet And Apart of his spiritual growth (Exhibt.K) and (Exhibt.L) Defendant Lieutenant Philip Michel #2516 stated I'm giving you A

6

direct order to cut your hair Plaintiff L.C Johnson Stated I cant cut my hair my hair is a vow to God. Defendant Lieutenant Philip Michel #2516 stated turn around and cuff up your going to Segregation.

Upon information and belief, there was a inmate with dreadlocks at Stateville Correctional Center from April-10-2002 to June-19-2007 name Adama Njie #R11748. Never approached by the Administration at Stateville he was transfered with his dreadlocks. Affidavit (Exhibt. I)

Upon information and belief a inmate in the same cell #RW-111. Elie Bernal #R60980 had hair to his waist He was transfered to Logan Correctional Center, with hair intact

② Defendant Lieutenant Samuel Nance #2518 deprived Plaintiff L.C Johnson of freedom of Religion and equal protection Which Violated Plaintiff free exercise clause and equal protection clause under the first and fourteenth Amendment.

On May-24-2007 Defendant Lieutenant Samuel Nance #2518 came to Plaintiff Segregation Cell # RA-308 at NRC Stateville at 7:05am Defendant Lieutenant Samuel Nance stated I'm giving you a direct order to cut your hair. Plaintiff L.C. Johnson stated his dread locks are a vow to God (EXHibt. K)

Defendant Lieutenant Samuel Nance #2518 said fine and walked away later that day Plaintiff received a disciplinary report Offense 403 disobeying a direct order (EXHibt. B)

③ Defendant Superintendant Mark Hosey deprived Plaintiff L.C. Johnson of freedom of Religion and equal protection Which violated Plaintiff free excercise clause and equal protection under the first and fourteenth Amendment

On May-25-2007 Defendant Superintendant Mark Hosey stated I'm going home for the holiday and barbecue Defendant stated when he come back if Plaintiff dont comply and get his haircut Defendant would call a tactical team and use force.

After Defendant Superintendant Mark Hosey left Plaintiff Segregation Cell-108 Plaintiff immediately file a emergency Grievance. explaining his religion (Rastafarian) and that his dreadlockswas a vow to God. Plaintiff mention, that the administraton at NRC. Stateville was violating his first, Eight and fourteenth Amendment. (EXHIBT. C)

4. Defendants Assistant Warden (Venita Wright) Warden (Terry McCann) Superintendant (Mark Hosey) Lieutenant (Keena Young) and Lieutenant (Philip Michel) deprived Plaintiff L.C. Johnson of, freedom of religion, Due process, Cruel and unusual punishment and equal protection. Which violated free exercise clause and equal protection clause. Under the first, Eight and fourteenth Amendment.

On May-29-2007 Defendant Superintendant Mark Hosey and Assistant Warden Venita Wright was the first to arrive at Plaintiff Cell that morning

7

Defendant Superintendant Mark Hosey stated you have ten minutes, before I call the tactical team so what's it gonna be? Plaintiff stated; I filed a emergency grievance dont I get to hear the results. That's when Defendant Lieutenant Keenan Young approached Plaintiff and stated, they dont have the right to cut your hair but the tactical team will use force if you dont comply and you will be charged with an assault. Plaintiff was scared and nerves, Plaintiff suffers from hypertension and asthma. Plaintiff was handcuffed and escorted by Defendant Lieutenant Philip Michel. Defendant Assistant Warden Venita Wright stated to Plaintiff, if Defendant Warden Terry McCann agree to let you send your hair home for religious reason would you want to? Plaintiff stated yes. Plaintiff has, Request for Payment of Postage receipt. (EXHIBT D)

7

5  Upon information and belief, Plaintiff was brought to the Hearing Board in hand-Cuffs with Jermaine Walker #B52757 their dreadlocks had been demolished. Plaintiff was given a improper and defective hearing. There was No Civilians or Administrative Staff on the Hearing Board. The Hearing Board was Conducted by two regular Correctional Officers.

6  Upon information and belief, Plaintiff received his grievance back (June-1-2607). Stating it was Not a emergency. Defendant Warden Terry-McCann Sign the bottom (EXHIBT. C.) A memo was attach from Defendant Tammy Garcia Stating; Issue need to be discussed with your Counselor. Plaintiff gave grievance to Defendant David Manfield. Defendant gave the grievance back to the Grievance Office. (EXHIBT. f). The grievance System is inadequate.

7  Upon information and belief Plaintiff was transfer to Menard Segregation Unit and then transfered back to Stateville Segregation Unit his dreadlocks grew back and once he was dicharged from Segregation

7

ON (Nov-22-2007) Plaintiff was put in for A tranfer to Hill Correctional Center he was Never Approached About his dread locks And he was tranfered with his dread locks Intact. Plaintiff cant understand why he was persecuted And Crucified. Plaintiff Suffer from depression.

7

**VI.    Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

1. To be rewarded punitive damages in the amount of Five Million (5,000,000⁰⁰) dollars

2. To be compensated in the amount of One million (1,000,000) dollars

3. For Federal indictments imposed upon Defendants

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___14___ day of **August**, 20__08__

_L C Johnson_

_____
(Signature of plaintiff or plaintiffs)

L C Johnson
(Print name)

N92369
(I.D. Number)

Hill Correctional Center
PO Box 1700
Galesburg, Il 61402-1700
(Address)

8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

L.C. JohnSON

VS.

Terry MCCANN, etal.

08CV4684
JUDGE NORGLE
MAG. DENLOW

EXHIBIT CONTENTS

1. (EX.A) InMate discipLinary report (5-22-07

2. (EX.B) InMate discipLinary report (5-24-07

3. (EX.C) InMate grievance (5-22-07)

4. (EX.D) InMate Request Payment of Postage(5-29-0

5. (EX.E) Grievance Office, MEMORANDUM (6-1-07

6. (EX.F) Counselor; David Manfield (Memo)

7. (EX.G) InMate (Administrative Review Board

8. (EX.H) Freedom Of Information Request (12-17-07

9. (EX.I) AFFIDAVIT (Adam Njie #R11748) May-23-08

10. (EX.J) AFFIDAVIT (Jermaine Walker #B-52757) 5-30-08

11. (EX.K) Holy Bible (Numbers; 6 Chpt, 5: verse) The Vow

12. (EX.L) REFERENCE LIBARY OF BLACK

AMERICA Volume V

State of Illinois - - Department of Corrections
DISCIPLINARY REPORT

Page __1__ of __1__

☑ Disciplinary Report ____5-22-07____        ☐ Investigative Report _____
                        Date                                                Date

Committed Person: _Tobias_        No. _N-92369_        Facility: _Stateville NRC_

Observation Date: _5-22-07_    Time: _5°°_    Location: _#4 W-111_

_Lt Phil J Michael_        _[signature]_    _5-22-07   10°⁵_
        PRINT Employee's Name                Employee's Signature/Date/Time

Offense: 504 # _403  Disobeying a direct order_

Observation: _On the date and approximate time I_
_gave inmate Tobias N-92369 a direct order to have_
_his hair cut. He refused. Tobias was identified by STS_
_and he is Tobias and was then taken to seg_

Witnesses, if any: _____

NOTE: Use continuation page if necessary to describe observation and/or list witnesses.

☑ Temporary Confinement    ☐ Investigative Status    Reasons: _Nature of Report_

_S Nance_        _[signature] S Nance   5-22-07_
        PRINT Name                Shift Supervisor's Signature and Date
                                    (For Community Correctional Centers, Chief Adm. Offr.)

☐ Confinement Reviewed by Reviewing Officer    Comment: ____    _[signature] 5-22-07_
        PRINT Name                                Signature/Date

☑ MAJOR, submitted to Adjustment Committee    ☐ MINOR, submitted to Program Unit    _[signature] 5-22-07_
        PRINT Name                                Reviewing Officer's Signature and Date

☑ Reviewed by Hearing Investigator    _A I Meier_    _[signature] 5-22-07_
(Adult Division Major Reports Only)    PRINT Name        Signature and Date

## PROCEDURES APPLICABLE TO ALL HEARINGS ON INVESTIGATIVE AND DISCIPLINARY REPORTS

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

## PROCEDURES APPLICABLE TO HEARINGS CONDUCTED BY THE ADJUSTMENT COMMITTEE ON DISCIPLINARY REPORTS

You may ask that witnesses be interviewed and, if necessary, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing. If you are found guilty of a serious rule violation, you may be placed in confinement and/or lose privileges, and/or be required to make restitution. In addition, juveniles may receive a delay in recommended parole.

Committed Person Refused to Sign ☑

_____        Committed Person's Signature and Number

_A I Meier_        _[signature] A I Meier_    _5-22-07  1:03 pm_
PRINT Serving Employee's Name    Serving Employee's Signature    Date and Time Served

I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offense Date: _____        _____
                                Committed Person's Signature and Number

- - - - (DETACH AND RETURN TO THE ADJUSTMENT COMMITTEE OR PROGRAM UNIT PRIOR TO THE HEARING) - - - -

I would like the Adjustment Committee or Program Unit to consider calling the following witnesses regarding disciplinary report of _____
                                                                                        Date

NAME OF WITNESS: _____        Number/Cell/Title: _____

Witness can testify to: _____

NAME OF WITNESS: _____        Number/Cell/Title: _____

Witness can testify to: _____

_____
Committed Person's Name and Number

DC 7200 (Rev. 4/98)    Distribution: 1) Master File; 2) Committed Person;
IL 486-0021                        3) Facility; 4) Facility

ALBUTEROL 90MCG INHALER
6342237 JOHNSON/L.C., N923
04/28/07  05/31/07  05/29/07

State of Illinois - - Department of Corrections
**DISCIPLINARY REPORT**

Page __1__ of __1__

☒ Disciplinary Report  **5-24-07**
Date

☐ Investigative Report _____
Date

Committed Person: **Johnson, L.C.**   No. **N92369**   Facility: _____

Observation Date: **5-24-07**  Time: **705**   ☒ Location: **NRC Unit A 308**

**S. Nance   2518**
PRINT Employee's Name

**S. Nance   5/24/07  7:35**
Employee's Signature/Date/Time

Offense 504 # **403 Disobeying a Direct Order**

Observation: **On the above and approx. time, this Lt. gave Inmate**
**Johnson N92369 a direct order. Inmate Johnson N92369 was**
**given a direct order to cut his hair. Inmate Johnson was given**
**a second direct order to cut his hair. This is the second time**
**Inmate Johnson was given a chance to cut his hair. This is**
**in accordance with A.D. 05.03.160. Inmate Johnson**
**was I.D. by state issued ID card.**

Witnesses, if any: **C/o D. Bragg**

NOTE: Use continuation page if necessary to describe observation and/or list witnesses.

☐ Temporary Confinement   ☐ Investigative Status   Reasons: _____

_____
PRINT Name

_____
Shift Supervisor's Signature and Date
(For Community Correctional Centers, Chief Adm. Off.)

☐ Confinement Reviewed by Reviewing Officer   Comment: _____

_____
PRINT Name

_____
Signature/Date

☒ MAJOR, submitted to Adjustment Committee   ☐ MINOR, submitted to Program Unit

_M. Gray_
PRINT Name

_____  5-24-07
Reviewing Officer's Signature and Date

☒ Reviewed by Hearing Investigator: **A. I. Meier**
(Adult Division Major Reports Only)          PRINT Name

**A. I. Meier  5-24-07**
Signature and Date

**PROCEDURES APPLICABLE TO ALL HEARINGS ON INVESTIGATIVE AND DISCIPLINARY REPORTS**

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**PROCEDURES APPLICABLE TO HEARINGS CONDUCTED BY THE ADJUSTMENT COMMITTEE ON DISCIPLINARY REPORTS**

You may ask that witnesses be interviewed and, if necessary, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing. If you are found guilty of a serious rule violation, you may be placed in confinement and/or lose privileges, and/or be required to make restitution. In addition, juveniles may receive a delay in recommended parole.

_____
Committed Person's Signature and Number

Committed Person Refused to Sign ☒

**A. I. Meier**
PRINT Serving Employee's Name

**A. I. Meier**
Serving Employee's Signature

**5-24-07  7:35**
Date and Time Served

I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offense Date: _____

_____
Committed Person's Signature and Number

**(DETACH AND RETURN TO THE ADJUSTMENT COMMITTEE OR PROGRAM UNIT PRIOR TO THE HEARING)**

I would like the Adjustment Committee or Program Unit to consider calling the following witnesses regarding disciplinary report of _____
Date

NAME OF WITNESS: _____   Number/Cell/Title: _____

Witness can testify to: _____

NAME OF WITNESS: _____   Number/Cell/Title: _____

Witness can testify to: _____

DC 7205 (Rev. 4/99)   Distribution: 1) Master File; 2) Committed Person;
IL 426-0001          3) Facility; 4) Facility

_____
Committed Person's Name and Number

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

| Date: 5-25-07 | Committed Person: (Please Print) L C Johnson | IDOC# N92369 |
|---|---|---|

| Present Facility: | Facility where grievance issue occurred: Stateville N.R.C.C. |
|---|---|

**NATURE OF GRIEVANCE:**

☐ Personal Property ☐ Mail Handling ☐ Restoration of Good Time ☐ Disability
☐ Staff Conduct ☐ Dietary ☐ Medical Treatment ☐ Other (specify):
☐ Transfer Denial by Facility ☐ Transfer Denial by Transfer Coordinator

☑ Disciplinary Report: 5/22/07    State Ville N.R.C.C.
Date of Report    Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: ON 5-22-07 At 9:00 AM L.T. Philip J
Michel came to my cell And ask did some one
Talk to me about my hair. I told him yes the
Superintendant, and I explain it was part of
my religion Rastafarian. L.T. Philip J. Michel said
I'm giving you a direct order to cut your
hair. I told him it was a vow between me
And God he said well your going to seg. He
Violated my (1st) Amendment which State; Con-
gress Shall make no law respecting AN → over

Relief Requested: Disciplinary action taken on the Super-in
tendant and L.T. Philip J Michel. And For me to
be transferred soon as possible.

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

L C Johnson                N92369      5/25/07
Committed Person's Signature        ID#          Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: 6/6/07    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277.

Response: IDOC is not mandated to transfer all NRC inmates
within 10 days. IDOC has the right to enforce
rules and regulations relating to safety.

David Mansfield, CCI                David Mansfield, CCI      6/6/07
Print Counselor's Name            Counselor's Signature      Date of Response

---

**EMERGENCY REVIEW**

Date Received: 6/1/07    Is this determined to be of an emergency nature?    ☐ Yes; expedite emergency grievance
☑ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

W. McCann                6/1/07
Chief Administrative Officer's Signature      Date

Distribution: Master File; Committed Person        Page 1        DOC 0046 (Eff. 10/2001)

establishment of religion or prohibiting the
Free exercise thereof; or Abridging the
Freedom of Speech, or of the press or the right
of the people peacably to assemble And to
Petition the Government For a redress of
grievance. It State in the ●NRC Orientation
Manual I would be transferred in 7 to 10 days
they the Superintendent Kept me here in
NRC more days then I should have been.
Lock down For 24 hour a day for the last
25 days And then try and force and option
to cut my hair or go to seg And lose the
chance to be transferred to a Facility. That
Violate my (8th) Amendment which State;
Excessive bail shall not be imposed nor excessive
Fine be imposed Nor cruel And unusual punish-
ment inflicted. It State Nowhere in the Ori-
entation manual About cutting my hair.
My hair is clean, I have No head lites or
sores. NRC have a K-9 unit if I had
drugs the K-9 should with no doubt be
able to stiff them out. I ▮▮▮▮▮▮ Feel
NRC Administration has shown Prejustice
toward the Rastafarian religion and
Culture. While I was writing this grievance ——sup
Stop at my Segregation Cell And said he
will be back to cut my hair First thing
After the holiday with some guys in orange
Jumpsuits hes threating + using bully tactics
which violate my (14th) Amendment; All person
born or naturalized in the United State And
Subject to the jurisdiction thereof Are
Citizens of the United State And of the State
where in they reside. No State shall make or
enforce Any law which shall make Abridge the
privileges or immunities of citizens of the
United State; Nor shall Any State deprive Any
person of life, libary, or porperty without due
process of law; Nor deny to Any person
within its jurisdiction the equal protection
of the laws.

# REQUEST FOR PAYMENT

**STATE OF ILLINOIS
DEPARTMENT OF CORRECTIONS**

Date: 5/29 20 07

Name (print): L. C. Johnson   I.D. No.: N92369   Housing Unit: RA 108

Please pay to: Charles McKinley

Address: 11415 S. Indiana

City Chicago   State: IL   Zip: 66621

The sum of _____ dollars and _____ cents

and charge to my account, for _____

_____

_____

☐ APPROVED

☐ NOT APPROVED   _____   _____
                  Inmate Signature      ID No.

_____   _____
Assistant Warden/Superintendent/Designee      Witness

---

## REQUEST FOR PAYMENT OF POSTAGE

I hereby request and authorize payment of postage for the attached mail.

X _____
      Inmate Signature

ID No. X N92369

## FOR TRUST FUND USE ONLY

C DS3?

Trust Fund Balance       $ 451

Less amount of payment   $ 451

Current balance after payment $ _____

Check No. _____ Date _____

_____
Business Office

---

## REQUEST FOR PAYMENT OF POSTAGE

Postage requested in the amount of    4   dollars   54   cents

☐ Postage Paid   163

DC 028 (09/91)   8660

---

## FOR JUVENILE DIVISION USE ONLY

Received by: _____   _____
                  (Staff)         Date

Received by: _____   _____
                  (Youth)         Date

IL 426-0207



**Illinois**
Department of
**Corrections**

**Rod R. Blagojevich**
Governor

**Roger E. Walker, Jr.**
Director

Stateville Correctional Center / Rt. 53 / P.O. Box 112 / Joliet, IL 60434 / Telephone: (815) 727-3607 / TDD: (800) 526-0844

# MEMORANDUM

DATE: 6-1-07

TO: Johnson N92369

FROM:     T. Garcia, Corr. Couns. II
          Grievance Office

SUBJECT:     **ATTACHED GRIEVANCE -**

The attached grievance is being returned for the following reason:

_____ It needs to be rewritten and submitted to your counselor on the attached Committed Person's Grievance Report.

_____ It was not filed within 60 days of discovery of the incident, occurrence, or problem which gives rise to the grievance as required in DR 504F, Grievance Procedures for Committed Persons.

☒ Issue needs to be discussed with your counselor for possible resolution.

_____ No issue outlined in grievance.

_____ It appears that no attempt has been made to resolve the issue as required by DR 504F.

_____ Issue is currently being reviewed by _____

_____ Issue previously addressed. No justification for further action.

_____ Other: _____ Forward to Administrative Review Board

cc:     file

**NAME** _Johnston_    **NO.** _N92369_    **CELL** _RA-108._

**A,B,C,D,E,F,H,I,P,S,T,W**

The grievance office has your grievance
so I cant copy it.

**David Mansfield,**
**Counselor**

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
### Return of Grievance or Correspondence

Offender: _Johnson_ _LC_ _____ _N93369_
Last Name    First Name    MI    ID#

Facility: _Men_ _____

☒ Grievance (Local Grievance # (if applicable): _____ _DR 5/22/07_ or ☐ Correspondence
Received: _7/24/07_ Regarding: _DR 5/22/07_
Date

---

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Use the Committed Person's Grievance Report, DOC 0047 (formerly DC 5657), including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

☐ Provide a copy of the Committed Person's Grievance, DOC 0046 (formerly DC 5657) including the counselor's response if applicable).

☐ Provide date(s) of disciplinary report(s) and facility where incident(s) occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to:  Administrative Review Board
Office of Inmate Issues
1301 Concordia Court
Springfield, IL  62794-9277

---

**Misdirected:**

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Good Conduct Credits (GCC) to Adjustment Committee. If request is denied, utilize the inmate grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to: Illinois Prisoner Review Board
319 E. Madison St., Suite A
Springfield, IL  62706

---

**No further redress:**

☐ Award of Meritorious Good Time (MGT) and Statutory Meritorious Good Time (SMGT) are administrative decisions; therefore, this issue will not be addressed further.

☒ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on ___/___/___.
Date

☐ No justification provided for additional consideration.

---

Other (specify): _____

Completed by: _Melody J. Ford_ _Melody J Ford 8.3.07_
Print Name                              Signature                    Date

DOC 0070 (10/2001)
(Replaces DC 710-1274)

Distribution:  Offender; Inmate Issues

ILLINOIS DEPARTMENT OF CORRECTIONS

| Date: 7-20-07 | Committed Person: (Please Print) L. C. Johnson | ID#: N92369 |
|---|---|---|
| Present Facility: Menard | Facility where grievance issue occurred: StateVille NRC | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] Other (specify): _____

- [x] Disciplinary Report: 5/20/07    StateVille NRC
  Date of Report / Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** ON May 29 Warden Wright And Superin-
tendant Mark Hosey came to my Segregation Cell And threat-
en me. I'm A Rastafarian, my Dreadlocks is A vow be-
tween me And God. I was told by Mark Hosey
Are you going to get your hair cut, I stated its
a religious practice he said you got 10 minutes and
then he would call a Tactical Team in AN
use force. I have Asthma And high blood pressure
I practice peace an love. I had a Cellmate Name
Elie Bernal #R60980 his hair was to his waist

**Relief Requested:** be release from Seg
I want Justice for All Dreadlocks

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____  _____  _____
Committed Person's Signature    ID#    Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ___/___/___    [ ] Send directly to Grievance Officer    [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

_____  _____  _____
Print Counselor's Name    Counselor's Signature    Date of Response

---

**EMERGENCY REVIEW**

Date Received: ___/___/___    Is this determined to be of an emergency nature?

[ ] Yes; expedite emergency grievance
[ ] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

RECEIVED
JUL 26 2007
OFFICE OF INMATE ISSUES

_____  _____
Chief Administrative Officer's Signature    Date

he wasNt put in Seg he wasNt ask to cut his hair. Rastafarian are the only one's being deprive of spiritual growth. If we have to cut our hair everybody eles should have to. The AdmiNastration show prejudice to Rastafarian. I ask counselor David Mansfield in StateVille NRC. to ~~come~~ help me. I sent several request to him to send me a Grievance forum so I could Appeal he Never ANswer. I Never got A Summary, they transfer me to Menard because I refuse to cut my locks AND they gave me six moNth Seg for disobeying a direct order it only carry 3 months. They cut my hair in hand cuff

**FREEDOM OF INFORMATION REQUEST**

**STATE OF ILLINOIS**      **(1)**

**INSTRUCTIONS:**
Requestor should fill out the REQUEST portion (the top half) and sign the Requestor's Signature block. Send copies 1 and 2 to the Agency. Keep the 3rd copy for reference. Send no money at this time. Unless notified otherwise the Agency's response for APPROVED, DENIED or DEFERRED will be sent back within 7 working days after receipt of the form.

Name of Agency: Stateville NRC      City: Joliet

Address: PO Box 112

Requestor's Name (Or business name if applicable): LC Johnson N92369

Date of Request: 12-17-07      Phone Number:

Street Address: PO Box 112 Statevill CC

CERTIFICATION REQUESTED: [✓] YES   [ ] NO

City: Joliet      State: Il      Zip: 60434

Requestor's Signature: LC Johnson N92369

**DESCRIPTION OF RECORDS REQUESTED:**

I LC Johnson recieved two ticket MAY 22 07 And MAY 24-07 would like A Copy Of the Summary

[ ] REQUESTING COPIES      [ ] TO INSPECT RECORDS

**AGENCY RESPONSE (REQUESTOR DOES NOT FILL IN BELOW THIS LINE)**

**APPROVED**

[ ] The documents requested are enclosed.

[ ] The documents will be made available upon payment of copying costs ........................ $ _____

[ ] You may inspect the records at _____

on the date of _____

**DENIED**

[ ] The request creates an undue burden on the public body in accordance with Section 3(f) of the Freedom of Information Act, and we are unable to negotiate a more reasonable request.

[ ] The materials requested are exempt under Section 7 _____ of the Freedom of Information Act for the following reasons:

| INDIVIDUAL(S) THAT DETERMINED REQUEST TO BE DENIED | RIGHT TO APPEAL |
|---|---|
| _____ | If desired, submit the attached APPEAL form (No. 2) along with copies of this original REQUEST and DENIAL and reasons for appeal to: |

**DEFERRED**

[ ] Request delayed, for the following reasons (in accordance with 3(d) of the FOIA):

You will be notified by the date of _____ as to action taken on your request.

| The information required by this form is MANDATORY in order to comply with P.A. 83-1013. Failure to so provide may result in this form not being processed. This form is approved by the Forms Management Center. | FOIA Officer | Date of Reply |
|---|---|---|

IL 001-0005 (6/84)

STATE OF ILLINOIS )
)SS
COUNTY OF Knox )

## AFFIDAVIT

I, Adama Nsie #R11748 do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts:

I am a Rastafarian with Dreadlocks I was in Stateville Correctional Center from April 10th, 2002 to June 19th, 2007, I was transfer to Hill Correctional Center with my dreadlocks When the bus from Stateville Correctional Center got to logan correctional center We was put in another bus from Illinois River Correctional Center a bus driver make some racist Comment toward me Saying who let me on the bus with my dreadlocks but his lieutenant told him he was gonna let Galesburg Correctional Center deal with me having dreadlocks.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this 2 3rd day of May , 200 8.

Adama Nsie

Affiant

STATE OF ILLINOIS     )
                        )SS
COUNTY OF **KNOX**    )

## AFFIDAVIT

I, Jermaine Walker B-52757 do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts:

First and foremost, cl and (█LC JOHNSON N92369) were deliberately deprived of our protected Civil Rights of the U.S. Constitution. On May 22, 2007, cl was segregated, for cl was exercising my RASTAFARIAN belief by refusing to cut my complied Dreadlocks. On May 22, 2007, cl was issued another Disciplinary Report by (LT. NANCE). On May 22, 2007, Warden WRIGHT, LT. YOUNG, and Supt. MOSBY, no reason at all used intimidation of threats and forcibly cut my dreadlocks without any Due Process or Hearing. On May 30, 2007, cl was given an improper and defective Hearing by two regular Officials, and my dreadlocks were demolished the day before. As a result, cl immediately filed a complaint @ ILND (walker v. McCann 08 C 3063)

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this _30th_ day of _MAY_, 200_8_.

_Jermine Walker B-52757_
                                Affiant

Case 1:08-cv-04684    Document 7    Filed 08/28/2008    Page 29 of 31

*Holy Bible – King James Version*

whereby an atonement shall be made for him, beside his sister, when they die: because the consecration of his God *is* upon his head.

**NUMBERS 5**

9 And every offering of all the holy things of the children of Israel, which they bring unto the priest, shall be his.

10 And every man's hallowed things shall be his; whatsoever any man giveth the priest, it shall be his.

11 ¶ And the LORD spake unto Moses, saying,

12 Speak unto the children of Israel, and say unto them, If any man's wife go aside, and commit a trespass against him,

13 And a man lie with her carnally, and it be hid from the eyes of her husband, and be kept close, and she be defiled, and *there be* no witness against her, neither she be taken *with the manner;*

14 And the spirit of jealousy come upon him, and he be jealous of his wife, and she be defiled; or if the spirit of jealousy come upon him, and he be jealous of his wife, and she be not defiled:

15 Then shall the man bring his wife unto the priest, and he shall bring her offering for her, the tenth *part* of an ephah of barley meal; he shall pour no oil upon it, nor put frankincense thereon; for it *is* an offering of jealousy, an offering of memorial, bringing iniquity to remembrance.

16 And the priest shall bring her near, and set her before the LORD:

17 And the priest shall take holy water in an earthen vessel; and of the dust that is in the floor of the tabernacle the priest shall take, and put *it* into the water:

18 And the priest shall set the woman before the LORD, and uncover the woman's head, and put the offering of memorial in her hands, which *is* the jealousy offering: and the priest shall have in his hand the bitter water that causeth the curse:

19 And the priest shall charge her by an oath, and say unto the woman, If no man have lain with thee, and if thou hast not gone aside to uncleanness *with another* instead of thy husband, be thou free from this bitter water that causeth the curse:

20 But if thou hast gone aside *to another* instead of thy husband, and if thou be defiled, and some man have lain with thee beside thine husband:

21 Then the priest shall charge the woman with an oath of cursing, and the priest shall say unto the woman, The LORD make thee a curse and an oath among thy people, when the LORD doth make thy thigh to rot, and thy belly to swell;

22 And this water that causeth the curse shall go into thy bowels, to make *thy* belly to swell, and *thy* thigh to rot. And the woman shall say, Amen, amen.

23 And the priest shall write these curses in

tion of his God *is* upon his head. All the days of his separation *is* holy to the LORD.

And if any man die very suddenly by him, he hath defiled the head in the day of his consecration; then he shall shave his head in the day of his cleansing, on the seventh day shall he shave it.

And on the eighth day he shall bring two turtles, or two young pigeons, to the priest, to the door of the tabernacle of the congregation:

And the priest shall offer the one for a sin offering, and the other for a burnt offering, and make an atonement for him, for that he sinned by the dead, and shall hallow his head that same day.

And he shall consecrate unto the LORD the days of his separation, and shall bring a lamb of the first year for a trespass offering: but the days that were before shall be lost, because his separation was defiled.

¶ And this *is* the law of the Nazarite, when the days of his separation are fulfilled: he shall be brought unto the door of the tabernacle of the congregation:

And he shall offer his offering unto the LORD, one he lamb of the first year without blemish for a burnt offering, and one ewe lamb of the first year without blemish for a sin offering, and one ram without blemish for a peace offering,

And a basket of unleavened bread, cakes of fine flour mingled with oil, and wafers of unleavened bread anointed with oil, and their meat offering, and their drink offerings.

And the priest shall bring *them* before the LORD, and shall offer his sin offering, and his burnt offering:

And he shall offer the ram *for* a sacrifice of peace offerings unto the LORD, with the basket of unleavened bread: the priest shall offer also his meat offering, and his drink offering.

And the Nazarite shall shave the head of his separation *at* the door of the tabernacle of the congregation, and shall take the hair of the head of his separation, and put *it* in the fire which *is* under the sacrifice of the peace offering.

And the priest shall take the sodden shoulder of the ram, and one unleavened cake out of the basket, and one unleavened wafer, and shall put *them* upon the hands of the Nazarite, after *the hair of* his separation is shaven:

And the priest shall wave *them for* a wave offering before the LORD: this *is* holy for the priest, with the wave breast and heave shoulder: and after that the Nazarite may drink wine.

This *is* the law of the Nazarite who hath vowed, *and of* his offering unto the LORD for

his separation, beside *that* that his hand shall get: according to the vow which he vowed, so he must do after the law of his separation.

22 ¶ And the LORD spake unto Moses, saying,

23 Speak unto Aaron and unto his sons, saying, On this wise ye shall bless the children of Israel, saying unto them,

24 The LORD bless thee, and keep thee:

25 The LORD make his face shine upon thee, and be gracious unto thee:

26 The LORD lift up his countenance upon thee, and give thee peace.

27 And they shall put my name upon the children of Israel, and I will bless them.

**CHAPTER 7**

AND it came to pass on the day that Moses had fully set up the tabernacle, and had anointed it, and sanctified it, and all the instruments thereof, both the altar and all the vessels thereof, and had anointed them, and sanctified them;

2 That the princes of Israel, heads of the house of their fathers, who *were* the princes of the tribes, and were over them that were numbered, offered:

3 And they brought their offering before the LORD, six covered wagons, and twelve oxen; a wagon for two of the princes, and for each one an ox: and they brought them before the tabernacle.

4 And the LORD spake unto Moses, saying,

5 Take *it* of them, that *they* may be to do the service of the tabernacle of the congregation; and thou shalt give them unto the Levites, to every man according to his service.

6 And Moses took the wagons and the oxen, and gave them unto the Levites.

7 Two wagons and four oxen he gave unto the sons of Gershon, according to their service:

8 And four wagons and eight oxen he gave unto the sons of Merari, according unto their service, under the hand of Ithamar the son of Aaron the priest.

9 But unto the sons of Kohath he gave none: because the service of the sanctuary belonging unto them *was that* they should bear upon their shoulders.

10 ¶ And the princes offered for dedicating of the altar in the day that it was anointed, even the princes offered their offering before the altar.

11 And the LORD said unto Moses, They shall offer their offering, each prince on his day, for the dedicating of the altar.

12 ¶ And he that offered his offering the first day was Nahshon the son of Amminadab, of the tribe of Judah:

13 And his offering *was* one silver charger, the weight thereof *was* an hundred and thirty *shekels*, one silver bowl of seventy shekels,

**CHAPTER 6**

AND the LORD spake unto Moses, saying,

2 Speak unto the children of Israel, and say unto them, When either man or woman shall separate *themselves* to vow a vow of a Nazarite, to separate *themselves* unto the LORD:

3 He shall separate *himself* from wine and strong drink, and shall drink no vinegar of wine, or vinegar of strong drink, neither shall he drink any liquor of grapes, nor eat moist grapes, or dried.

4 All the days of his separation shall he eat nothing that is made of the vine tree, from the kernels even to the husk.

5 All the days of the vow of his separation there shall no razor come upon his head: until the days be fulfilled, in the which he separateth *himself* unto the LORD, he shall be holy, and shall let the locks of the hair of his head grow.

6 All the days that he separateth *himself* unto the LORD he shall come at no dead body.

7 He shall not make himself unclean for his father, nor for his mother, for his brother, or

305.8
REFERENCE
93-0991.08



# REFERENCE LIBRARY OF BLACK AMERICA



## Volume V



Compiled and Edited by

### Harry A. Ploski

New York University

and

### James Williams

Director of Public Relations
NAACP



**Distributed by Afro-American Press**



*Reference Library of Black America* is based upon the fifth edition of *The
Negro Almanac*, published by Gale Research Inc. It has been published in
this 5-volume set to facilitate wider usage among students.

## Directory and Officers of the Bible Way Church of Our Lord Jesus Christ World Wide, Inc. Through 1989

**General Organization**

Headquarters:
1100 New Jersey Ave. N.W.
Washington, DC 20001

**Officers**

Presiding Bishop
Smallwood E. Williams
4720 16th St., N.W.

Washington, DC 20011

Gen. Secretary
Bishop Edward William
5118 Clarendon Rd .,

Brooklyn, NY 11226

**Periodicals**

The Bible Way News Voice (q)
Washington, DC

## The Lost-Found Nation Of Islam In The West: The Black Muslims

Pigeonholed in the 1960s as a fanatical anti-white separatist movement, the Black Muslims became, in the 1970s, a major economic and educational force in America's black community.

The Muslims are a religious organization in the sense that they worship a supreme being. (There is no God but Allah. Muhammad is His Apostle.) In addition, many of their admonitions and disciplines can be likened to the puritanism of some religious groups. Followers are expected to abstain from alcohol, tobacco, and cosmetics. Children are educated in sect-oriented schools.

After the assassination of Malcolm X, the Muslim organization was saddled with the reputation of being a fierce and fanatic hate group, fearlessly self-righteous and ready to seek vengeance and retribution for alleged wrongdoing. Since then, however, the fiery rhetoric of Elijah Muhammad has cooled, and the Messenger has displayed a keen interest in developing the Nation's economic self-sufficiency. Muslim's economic holdings extend throughout the United States and beyond, to the Caribbean and Central America.

In Chicago, where the Muslims are headquartered, The Nation manages publishing, trucking, egg, meat, baking, retailing, restaurant, and apparel manufacturing operations. Muslims also own modern cattle, dairy, poultry, and produce farms in Alabama, Georgia, and Michigan, having survived, in 1970, the poisoning of much of its Alabama herd. Value of the Nation's holdings is estimated at about $60 million.

Starting in the early 1970s, the Nation started to alter its membership base, expanding its appeal from prisons and ghetto streets to the black middle class. Much of the reason for this was the need for professional specialists to man its growing economic ventures. However, the Muslims still reject membership and offers of help from whites, even white governments. The Nation has refused help from the United States government but has borrowed $3 million from Libya to finance purchase of a temple in Chicago.

The Muslims also operate some 50 schools and colleges, from which whites are also excluded. The Muslim schools have an excellent reputation and frequently surpass public school systems in academic achievement.

## Rastafarians

Rastafarians, who wear their hair in matted "dreadlocks" and smoke marijuana as part of their faith, have grown in popularity in the United States and Britain since the sect was born in Jamaica in the 1930s. Members of the religion regard Ethiopian Emperor Haile Selassie, who died in 1975, as God.

Marcus Garvey, a Jamaican-born nationalist who advocated a back-to-Africa movement in the United States in the early 1920s, is also a central figure in the faith. Garvey founded the Universal Negro Improvement Association in Harlem in the 1920s with the message that "Africa was for the Africans" and urged blacks to look back to the motherland, where a black King would be crowned soon. He was deported to Jamaica in 1927.

In 1930, Lij Ras Tafari Makonnen ascended to the throne of Ethiopia and took the titles of His Imperial Majesty, Haile Selassie I, Power of the Holy Trinity, 225th Emperor of the 3,000 year-old Ethiopian Empire, Elect of God, Lord of Lords, King of Kings, Heir to the Throne of Solomon, and Conquesting Lion of the Tribe of Judah. Rastafarians hailed him as Jah, the living God on earth.

Today, Rastas differ on specific dogma, but they basically believe they are descended from black Hebrews exiled in Babylon and therefore are true Israelites. They also believe that Haile Selassie is the direct descendent of Solomon and Sheba, and that God is black.

Most white men, they believe, have been worshipping a dead god and have attempted to teach the blacks to do likewise. They believe the Bible was distorted by King James I and that the black race sinned and was punished by God with slavery. They view Ethiopia as Zion, the Western world as Babylon, and believe that one day they will return to Zion. They preach love, peace, and reconciliation between races but warn that Armageddon is now.

Rastas don't vote, tend to be vegetarians, abhor alcohol, and wear their hair in long, uncombed plaits called dreadlocks. The hair is never cut, since it is part of the spirit, nor is it ever combed.

They never use the word "last" because it expresses retrogression and a Rastaman can only go forward. Marijuana is the holy herb, regarded as a sacramental gift, and the Bible is quoted as proof of this: "And thou shalt eat the herb of the field" (Gen.3:18).

The movement in America grew rapidly in the fifties and sixties, and accelerated with the emergence of reggae musician Bob Marley, the first Rastafarian to become a pop superstar, and the 1966 visit of Selassie to Jamaica. Selassie died in 1975 and Marley died in 1981.

There are an estimated 50,000 Rastas in Britain and almost a million in the United States, approximately 80,000 of whom live in New York City, mainly in Brooklyn where there is a high concentration of West Indians and Haitians.